IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

(Appeal to the Court of Appeals)

BRANDON D. BARNETT

vs.   Case No. 1:05CV00056-WRW

SOCIAL SECURITY ADMINISTRATION

Juris / N/S 2/865

Date Filed: 07/08/05

The undersigned parties (or counsel, if so authorized) to the above-captioned proceeding are fully aware of the right to proceed before a judge of the district court and do hereby consent to the transfer of the matter to a United States Magistrate Judge, in accordance with section 636(c) of Title 28, United States Code, and the rules of this court.

The magistrate judge shall be empowered to conduct any or all further proceedings and to order the disposition of the matter and the entry of an appropriate judgment. Any appeal from the judgment shall be taken to the United States Court of Appeals for this judicial circuit.

| PLAINTIFFS | DATE | DEFENDANTS | DATE |
|---|---|---|---|
| /s/ David Throesch | 8-15-05 | See attached | 8/19/2005 |

\* \* \* \* \* \* \* \* \* \*        \* \* \* \* \* \* \* \* \* \*

**ORDER OF TRANSFER**

IT IS HEREBY ORDERED that the above-captioned matter be transferred to J. THOMAS RAY United States Magistrate Judge, (Drawn by Clerk of Court) for the conduct of further proceedings and the entry of judgment in accordance with the foregoing consent.

8/19/2005
Date

UNITED STATES DISTRICT JUDGE

U.S. Department of Justice

*United States Attorney*
*Eastern District of Arkansas*

---

P.O. Box 1229
425 West Capitol Avenue, 5th Floor
Little Rock, Arkansas 72203

501-324-5342
FTS 501-324-5342
FAX 501-324-7199

January 10, 2002

Mr. James W. McCormack
U.S. District Clerk
U.S. District Court
600 West Capitol Avenue
Little Rock, AR 72201

      RE: Consent to a United States Magistrate Judge

Dear Mr. McCormack:

      The United States Attorney's Office, in accordance with the provisions of 28 U.S.C. §636(c) and Fed. R. Civ P. 73, voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings for all social security disability cases filed in the Eastern District of Arkansas. Our consent applies to all orders disposing of these matters, the entry of final judgments, and post-judgment proceedings. Once all other parties have consented, the clerk's office has our blanket authorization to process the consent form without the signature of a representative attorney for the United States. For record keeping purposes, we ask that a notification be placed on each consent form referencing this letter.

      Ms. Stacey E. McCord of the U.S. Attorney's Office is available to answer any questions your staff may have concerning our blanket authorization in social security disability cases.

                                    Sincerely,

                                      H.E. (Bud) CUMMINS
                                      United States Attorney

HEC/ss

cc:  Honorable Susan Webber Wright
      Ms. Stacey E. McCord